IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSE CRUMPTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08cv433-WHA |
| | ) |
| UNITED STATES OF AMERICA, | )          (WO) |
| | ) |
| Respondent. | ) |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #9), entered on September 14, 2010, and after an independent and *de novo* review of the file, the Recommendation is adopted, and it is hereby

ORDERED that Petitioner's § 2255 motion is DENIED, and this case is DISMISSED with prejudice as the claims do not entitle him to any relief.   Judgment will be entered accordingly.

DONE this 5th day October, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE