IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSE CRUMPTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08cv433-WHA |
| | ) |
| UNITED STATES OF AMERICA, | )    (WO) |
| | ) |
| Respondent. | ) |

# **FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondent and against the Petitioner, Alphonse Crumpton, and this § 2255 motion is DISMISSED with prejudice, costs taxed against the Petitioner.

DONE this 5th day October, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE